IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CSC LEASING CO.,
    Plaintiff,

v.                                        Civil No. 3:21cv141 (DJN)

EQUIVALENT FINANCIAL, LLC,
    Defendant.

## ORDER
### (Dismissing Case Without Prejudice)

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 16). Based on the Notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Courts August 10, 2022 Order (ECF No. 14), the Court hereby DISMISSES WITHOUT PREJUDICE all claims by Plaintiff against Defendant, with each party to bear its own costs and attorney's fees.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                       /s/
                                                     David J. Novak
                                                     United States District Judge

Richmond, Virginia
Dated: November 1, 2022